UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

# ORDER ON PRETRIAL DEADLINES

**CIVIL ACTION NO.: ____________________________ (JCH)**

Unless otherwise ordered by the Judge to whom this case is assigned, the parties shall adhere to the following deadlines:

(1) Plaintiffs shall file any Return of Service within seven (7) days of receipt, but in no event later than 127 days after the filing of this case. Failure to do so may result in dismissal of this case.

(2) In accordance with Local Rule 26(f), within thirty days of the appearance of a defendant, the parties shall confer for the purposes described in Fed. R. Civ. P. 26(f). Within fourteen days thereafter, the parties shall jointly file a report on Form 26(f), which appears in the Appendix to the Local Civil Rules.

(3) All motions relating to joinder of parties, claims or remedies, class certification, and amendment of the pleadings shall be filed within 60 days after filing of the complaint, the filing of a petition for removal, or the transfer of an action from another District.

(4) All motions to dismiss based on the pleadings shall be filed within 90 days after the filing of the complaint, the filing of a petition for removal, or the transfer of an action from another District. The filing of a motion to dismiss shall not result in the stay of discovery or extend the time for completing discovery.

(5) Formal discovery pursuant to the Federal Rules of Civil Procedure may commence once the parties have conferred as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f). Informal discovery by agreement of the parties is encouraged and may commence at anytime. Unless otherwise ordered, discovery shall be completed within 6 months after the filing of the complaint, the filing of a petition for removal, or the date of transfer of an action from another District.

(6) Unless otherwise ordered, all motions for summary judgment shall be filed within 7 months after the filing of the complaint, the filing of a petition for removal, or the date of transfer from another District.

Unless specifically ordered by the Court, an extension of time to comply with any one of the time limits in this Order does not automatically extend the time to comply with subsequent time limits. Counsel for plaintiff or removing defendant shall be responsible for service of a copy of this Order on all parties to the action.

BY ORDER OF THE COURT
Roberta D. Tabora, Clerk

This Order is issued pursuant to the Standing Order on Scheduling in Civil Cases, which appears in the Appendix to the Local Civil Rules.

(Revised 7/20/2010)