# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PUTNAM BANK, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE CAPITAL MARKETS, LLC, COUNTRYWIDE SECURITIES CORP., CWALT, INC., CWMBS, INC., BANK OF AMERICA CORP., BAC HOME LOANS SERVICING, LP, NB HOLDINGS CORP., ANGELO MOZILO, DAVID SAMBOL, ERIC SIERACKI, RANJIT KRIPALANI, STANFORD KURLAND, DAVID A. SPECTOR, N. JOSHUA ADLER, AND JENNIFER SANDEFUR,<br><br>    Defendants. | Civil Action No. 3:11-cv-00145-JCH |

## COUNTRYWIDE DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Capital Markets, LLC, Countrywide Securities Corporation, CWALT, Inc., CWMBS, Inc., and N. Joshua Adler (collectively, the "Countrywide Defendants") by and through their undersigned counsel hereby submit the following corporate disclosure statement:

Countrywide Securities Corporation is a subsidiary of Countrywide Capital Markets, Incorporated.  Bank of America Corporation ("Bank of America") is the ultimate parent to all of the Countrywide Defendants and their parent companies.  Bank of America is a publicly held corporation whose shares are traded on the New York Stock Exchange.  It has no parent corporation, and no publicly-held corporation owns more than 10% of Bank of America's shares.

Dated: March 2, 2011   Respectfully submitted,

**COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE CAPITAL MARKETS, LLC, COUNTRYWIDE SECURITIES CORP., CWALT, INC., CWMBS, INC., and N. JOSHUA ADLER**

By their attorneys,

/s/ Damian W. Wilmot
Brian E. Pastuszenski (*pro hac vice* application forthcoming)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice* application forthcoming)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (*pro hac vice* application forthcoming)
bdevine@goodwinprocter.com
Damian W. Wilmot (CT Bar No. CT22694)
dwilmot@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel. (617) 570-1000
Fax: (617) 523-1231

**Counsel for the Countrywide Defendants**

**CERTIFICATE OF SERVICE**

I, Damian W. Wilmot, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 2, 2011.

/s/ Damian W. Wilmot