UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PUTNAM BANK, Individually and on Behalf of All Others Similarly Situated, | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:11-cv-00145(JCH) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE CAPITAL MARKETS, LLC, COUNTRYWIDE SECURITIES CORP., CWALT, INC., CWMBS, INC., BANK OF AMERICA CORP., BAC HOME LOANS SERVICING, LP, NB HOLDINGS CORP., ANGELO MOZILO, DAVID SAMBOL, ERIC SIERACKI, RANJIT KRIPALANI, STANFORD KURLAND, DAVID A. SPECTOR, N. JOSHUA ADLER, AND JENNIFER SANDEFUR, | : | |
| | : | |
| Defendants. | : | MARCH 22, 2011 |

**DEFENDANT BANK OF AMERICA CORPORATION, NB HOLDINGS CORPORATION AND BAC HOME LOANS SERVICING, LP'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT**

Under Federal Rule of Civil Procedure 7.1, defendants Bank of America Corporation ("BAC"), NB Holdings Corporation ("NB") and BAC Home Loans Servicing, L.P. ("Servicing"), by and through their undersigned counsel, hereby state that:

- BAC is a publicly-held corporation whose shares are traded on the New York Stock Exchange. It has no parent company and no publicly-held company owns more than 10% of Bank of America Corporation's shares.

- NB is a wholly-owned direct BAC subsidiary.

- Servicing is a wholly-owned indirect BAC subsidiary. BAC GP, LLC and BANA LP, LLC are Servicing's general and limited partners, and own 100% of Servicing.

GP and for LP are wholly owned subsidiaries of Bank of America, N.A.  Bank of America, N.A. is a wholly owned subsidiary of BANA Holding Corporation, which is wholly-owned by BAC North America Holding Company.  NB wholly owns BAC North America Holding Company.

        DEFENDANTS, BANK OF AMERICA CORPORATION, NB HOLDINGS CORPORATION and BAC HOME LOANS SERVICING, LP

By      /s/ Joseph K. Scully
     Joseph K. Scully (ct26541)
     *jkscully@daypitney.com*
     Day Pitney LLP
     242 Trumbull Street
     Hartford, Connecticut 06103-3499
     (860) 275-0100
     (860) 275-0343 (fax)

Their Attorney

Of counsel:

    Bradley J. Butwin
    Jonathan Rosenberg
    William J. Sushon
    Asher L. Rivner
    7 Times Square
    New York, New York  10036
    Telephone:  (212) 326-2000
    Facsimile:  (212) 326-2061
    E-mail:  *bbutwin@omm.com*
         *jrosenberg@omm.com*
         *wsushon@omm.com*
         *arviner@omm.com*

## **CERTIFICATION**

      I hereby certify that on this date a copy of the foregoing **Corporate Disclosure Statement** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's system.

      /s/ Joseph K. Scully_____
      Joseph K. Scully (ct26541)