UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PUTNAM BANK, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE CAPITAL MARKETS, LLC, COUNTRYWIDE SECURITIES CORP., CWALT, INC., CWMBS, INC., BANK OF AMERICA CORP., BAC HOME LOANS SERVICING, LP, NB HOLDINGS CORP., ANGELO MOZILO, DAVID SAMBOL, ERIC SIERACKI, RANJIT KRIPALANI, STANFORD KURLAND, DAVID A. SPECTOR, N. JOSHUA ADLER, AND JENNIFER SANDEFUR,<br><br>                Defendants. | Civil Action No. 3:11-cv-00145-JCH<br><br>**CLASS ACTION**<br><br>ORAL ARGUMENT REQUESTED |

**MOTION OF PUTNAM BANK FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that class member Putnam Bank ("Putnam") will hereby move this Court, on a date and such time as may be designated by the Court, for an order (1) appointing Putnam as lead plaintiff in the above-captioned action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq*.; and (2) approving Putnam's selection of Scott+Scott LLP ("Scott+Scott") as lead counsel for the Class.

This motion is made on the grounds that Putnam timely filed this motion and is the most adequate lead plaintiff. Putnam has a requisite financial interest in the relief sought by the Class, and meets the requirements of Rule 23 of the Federal Rules of Civil Procedure, because Putnam's claims are typical of the claims of the Class and it will fairly and adequately represent the interests of the Class. In addition, Putnam has selected and retained Scott+Scott, a law firm with substantial experience in prosecuting securities class actions, to serve as lead counsel.

This motion is based on the accompanying Memorandum of Law in Support of Putnam Bank's Motion for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel; the Declaration of David R. Scott in Support of the Motion, and the exhibits attached thereto; the [Proposed] Order Appointing Lead Plaintiffs and Approving Lead Plaintiffs' Selection of Lead Counsel; all of the prior pleadings and proceedings had herein; and such other written and/or oral argument as may be presented to the Court.

Dated: March 29, 2011

Respectfully submitted,
**SCOTT+SCOTT LLP**

By: /s/ Amanda F. Lawrence
David R. Scott (CT 16080)
Amanda F. Lawrence (CT 27008)
156 South Main Street
Colchester, CT 06415
Tel.: 860-537-5537
Fax: 860-537-4432
Email: drscott@scott-scott.com
Email: alawrence@scott-scott.com

Geoffrey M. Johnson (*pro hac vice* application forthcoming)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Tel.: 216-229-6088
Fax: 216-229-6092
Email: gjohnson@scott-scott.com

*Attorneys for Movant Putnam Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2011, the foregoing Motion of Putnam Bank For Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel was filed electronically with the Court's Case Management/Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent to all parties by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system.

/s/     Amanda F. Lawrence
Amanda F. Lawrence (CT 27008)
SCOTT+SCOTT LLP
156 South Main Street
Colchester, CT 06415
Tel.: 860-537-5537
Fax: 860-537-4432
Email: alawrence@scott-scott.com

*An Attorney for Movant Putnam Bank*